## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

TILIA NEWSOME, as Administrator   )
of the Estate of John Newsome, Sr.,   )
deceased,   )
                      )
       Plaintiff,   )
                      )
vs.   )   Case No. 16-cv-01103-JPG-DGW
                      )
MADISON COUNTY, ILLINOIS, *et al.*,   )
                      )
       Defendants.   )

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 32) of Magistrate Judge Donald G. Wilkerson with regard to the Motion (Doc. 13) to Intervene by John Newson, Jr. There were no objections to the R & R and the time for objections has expired.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 32) and **DENIES** the Motion (Doc. 13) to Intervene by John Newson, Jr.

**IT IS SO ORDERED.**

**DATED:** 6/22/2017

                                  *s/J. Phil Gilbert*
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**