IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TILIA NEWSOME, *as Administrator of the Estate of John Newsome Sr, Deceased,*

Plaintiff,

v.

MADISON COUNTY, ILLINOIS, *et al.*,

Defendants.

Case No. 16-cv-1103 JPG/MAB

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 3, 2019**  **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**